UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MACHUNIS, | ) | No. EDCV 15-1349 SP |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED AND FOURTY-TWO DOLLARS AND 18/100 ($2,142.18) subject to the terms of the stipulation.

DATE: <u>October 21, 2016</u>    _____

                                        HON. SHERY PYM,
                                        UNITED STATES MAGISTRATE JUDGE